**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DENNIS TOOLEY, <br> an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PENCE GROUP, LLC, <br> an Indiana Limited Liability Company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:24-cv-1048 <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL**

COME NOW, Plaintiff, Dennis Tooley and Defendant, Pence Group, LLC, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby agree that the claims in this matter have been fully compromised and stipulate to the dismissal of this matter with prejudice. Costs paid.

/s/ Louis I. Mussman
Louis I. Mussman, Esq., #597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq. #24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

/s/ Casie J. Towsley
Robert A. Jorczak, Esq. #32027-29
Casie Towsley, Esq. #35392-17
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Tel: (317) 236-2100
Louie.Jorczak@icemiller.com
Casie.Towsley@icemiller.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record registered for electronic service on November 11, 2024 by the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Casie J. Towsley*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100