UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   CASE NO.: 1:24-cv-1048<br>) |
| PENCE GROUP, LLC,<br>an Indiana Limited Liability Company, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER OF DISMISSAL

This matter comes before the Court on the Stipulation of Dismissal filed by Plaintiff, Dennis Tooley and Defendant, Pence Group, LLC.

The Court, being duly advised, hereby ORDERS that the claims brought by the Plaintiff against the Defendant in this matter are dismissed with prejudice, each party bearing its own costs and attorney fees.

Date: 11/12/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution: all counsel of record